# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147500

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHUCK WILLIAM BACON,
      Defendant-Appellant.

SC: 147500
COA: 316264
Wayne CC: 06-005895-FC

_____/

On order of the Court, the application for leave to appeal the June 20, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

s1118